AGNES M. JANUS v. HACKENSACK HOSPITAL.

March 11, 1975. Petition for certification denied. (See 131 *N. J. Super.* 535)

IN THE MATTER OF THE PROMULGATION OF RULES OF PRACTICE AND REGULATIONS FOR THE OFFICE OF CABLE TELEVISION, NEW JERSEY CABLE TELEVISION ASSOCIATION.

March 11, 1975. Petition for certification denied. (See 132 *N. J. Super.* 45)

STATE OF NEW JERSEY v.
JOSEPH SMITH, *ET AL.* (JAMES W. HYRES).

March 11, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.

STATE OF NEW JERSEY v.
JOSEPH SMITH, *ET AL.* (MICHAEL RYTELEWSKI).

March 11, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.

STATE OF NEW JERSEY v.
JOSEPH SMITH, *ET AL.* (HERBERT DOLAN).

March 11, 1975. Motion for leave to appeal from Superior Court, Appellate Division granted.